AO 242 (12/11) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

# UNITED STATES DISTRICT COURT
for the
__Western District Of Oklahoma__

__Robert Allen Custard__
Petitioner

v.   Case No. CIV-19-540-C
(Supplied by Clerk of Court)

__Joseph Allbaugh__
Respondent
(name of warden or authorized person having custody of petitioner)


FILED
JUN 12 2019
CARMELITA REEDER SHINN, CLERK
U.S. DIST. COURT, WESTERN DIST. OKLA.
BY _____ac_____, DEPUTY

## PETITION FOR A WRIT OF HABEAS CORPUS UNDER 28 U.S.C. § 2241

### Personal Information

1. (a) Your full name: __Robert Allen Custard__
   (b) Other names you have used: __N/A__

2. Place of confinement:
   (a) Name of institution: __Cimarron (Core-Civic) Prison - For Profiteering__
   (b) Address: __3200 - South Kings Highway, Cushing, Okla. 74023__
   (c) Your identification number: __Okla. DOC P.D.# 194351__

3. Are you currently being held on orders by:
   ☐ ~~Federal authorities~~   ☒ State authorities   ☐ ~~Other - explain:~~

4. Are you currently:
   ☐ ~~A pretrial detainee (waiting for trial on criminal charges)~~
   ☒ Serving a sentence (incarceration, ~~parole, probation, etc.~~) after having been convicted of a crime
   If you are currently serving a sentence, provide:
   (a) Name and location of court that sentenced you: __Stephens County District Court 101 - South 11th Street, Duncan, Okla. 73533__
   (b) Docket number of criminal case: __1992-CRF-209__
   (c) Date of sentencing: __October 25, 1993__
   ☐ ~~Being held on an immigration charge~~
   ☐ Other (explain): _____

AO 242 (12/11) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

## Decision or Action You Are Challenging

5. What are you challenging in this petition:

☒ How your sentence is being carried out, calculated, or credited by prison ~~or parole~~ authorities ~~(for example, revocation or calculation of good time credits)~~

~~☐ Pretrial detention~~

~~☐ Immigration detention~~

~~☐ Detainer~~

~~☐ The validity of your conviction or sentence as imposed (for example, sentence beyond the statutory maximum or improperly calculated under the sentencing guidelines)~~

~~☐ Disciplinary proceedings~~

☐ Other (explain): _____

6. Provide more information about the decision or action you are challenging:
   (a) Name and location of the agency or court: PAYNE COUNTY OKLA DISTRICT COURT HABEAS CORPUS # HC-18-458; STEPHENS Co. # 92-CRF-209; OKLAHOMA DEPT. OF CORRECTIONS.
   (b) Docket number, case number, or opinion number: STEPHENS COUNTY # 1992-CRF-209
   (c) Decision or action you are challenging (for disciplinary proceedings, specify the penalties imposed): OKLA DOC - REFUSING TO CREDIT (12), FOR OVER SERVED 13 YEARS 5 MONTHS OF VACATED SENTENCE IN USDC/D. COLORADO # 93-CR-50
   (d) Date of the decision or action: MAY 31, 2004 — OCTOBER 18, 2018

## Your Earlier Challenges of the Decision or Action

7. **First appeal**
   Did you appeal the decision, file a grievance, or seek an administrative remedy?
   ☒ Yes    ☐ No
   (a) If "Yes," provide:
      (1) Name of the authority, agency, or court: OKLAHOMA DEPT OF CORRECTIONS, 3400 NORTH MLK, OKC, OK. 73111
      (2) Date of filing: ON/ABOUT JANUARY — APRIL, 2018; See also
      (3) Docket number, case number, or opinion number: (a) PAYNE Co. OKLA # HC-18-458 (b) OKLA Cr Crim Appeals # HC-2019-271
      (4) Result: ALL DENIED/DISMISSED
      (5) Date of result: 5/17/19 — 5/03/19
      (6) Issues raised: VIOLATIONS OF DUE PROCESS, ABUSE OF DISCRETION, FAILURE TO APPREHEND FOSTER V BOOHER, 296 F.3d 947 (10TH Cir 2005) & FLOYD V. OKLA, 540 P.2d 1195; TUCKER, 357 F.3d 115; AND DOUBLE JEOPARDY/MULTIPLE PUNISHMENTS FOR SAME OFFENSE. CRUEL-AND-UNUSUAL PUNISHMENTS.

—3—

AO 242 (12/11) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

(b) If you answered "No," explain why you did not appeal: N/A

8. **Second appeal**

    After the first appeal, did you file a second appeal to a higher authority, agency, or court?
    ☑ Yes   ☐ No

    (a) If "Yes," provide:
        (1) Name of the authority, agency, or court: Payne County Okla. District Court, 606. South Husband St., #206 Stillwater, OK. 74074
        (2) Date of filing: Sept 18, 2018
        (3) Docket number, case number, or opinion number: CJ. 208 - 458
        (4) Result: Denied
        (5) Date of result: On/About, February, 2019
        (6) Issues raised: Same, Id.,

        See Also Oklahoma Court of Criminal Appeals, 2100. N. Lincoln, OKC, OK 73105 -- " " " " " # HC-2019-271
        Filed on/about 4/15/19

    (b) If you answered "No," explain why you did not file a second appeal: N/A

9. **Third appeal**

    After the second appeal, did you file a third appeal to a higher authority, agency, or court?
    ☑ Yes   ☐ No

    (a) If "Yes," provide:
        (1) Name of the authority, agency, or court: Oklahoma Supreme Court, Okla Judicial Center, #54, 2100. N. Lincoln Blvd., OKC, OK. 73105
        (2) Date of filing:
        (3) Docket number, case number, or opinion number: # 117852
        (4) Result: Refused to Hear --
        (5) Date of result: On/About 5/15/19
        (6) Issues raised: Abuse of Discretion; Multiple Punishments for Same Offense / Double Jeopardy, Denial Due Process of Law, Inter Alia And id., Cruel & Unusual Punishments.

-4-

PLEASE SEE ALSO HAWKINS, 291 F.3D 658 (10TH CIR 2004); BARESSI, 286 F3d 48 (1ST CIR) "STATE EXHAUSTION REQUIREMENT SATISFIED BECAUSE PETITIONERS APPEAL TO CRIMINAL COURT OF APPEALS AND STATE SUPREME COURT MINIMALLY SUFFICIENT TO APPRISE THOSE COURTS OF FEDERAL CONSTITUTIONAL DIMENSIONS."

(b) If you answered "No," explain why you did not file a third appeal: I DO NOT HAVE TO REQUEST REVIEW @ STATE APPELLATE LEVELS - ALL I HAVE TO DO IS GIVE STATE APPELLATE COURTS THE OPPORTUNITY TO REVIEW. (4TH APPEAL): OKLA SUP CT. #117852 - REQUEST TO REVIEW - SEE: DYE, 126 S. Ct 05, 06 (2005) "JUST BECAUSE STATE APP. CTS FAILS TO MENTION FEDERAL CLAIMS DOES NOT MEAN WEREN'T PRESENTED." NOTE: ALL OF PETS OKLA APP & OKLA S. CT HABEAS STATED "FEDERAL" & "U.S." CONSTITUTIONALLY GUARANTEED RIGHTS

10.  ~~Motion under 28 U.S.C. § 2255~~
In this petition, are you challenging the validity of your conviction or sentence as imposed?
☐ ~~Yes~~    ☒ No

If "Yes," answer the following:

(a) Have you already filed a motion under 28 U.S.C. § 2255 that challenged this conviction or sentence?
☐ ~~Yes~~    ☒ No

If "Yes," provide:
(1) Name of court: N/A
(2) Case number: "
(3) Date of filing: "
(4) Result: "
(5) Date of result: "
(6) Issues raised: "

(b) Have you ever filed a motion in a United States Court of Appeals under 28 U.S.C. § 2244(b)(3)(A), seeking permission to file a second or successive Section 2255 motion to challenge this conviction or sentence?
☐ ~~Yes~~    ☒ No

If "Yes," provide:
(1) Name of court: N/A
(2) Case number: "
(3) Date of filing: "
(4) Result: "
(5) Date of result: "
(6) Issues raised: "

PLEASE SEE ALSO HAWKINS, 291 F.3d 658 (10th Cir 2004); BARESSI, 296F.3d 48 (1st Cir) "STATE EXHAUSTION REQUIREMENT SATISFIED BECAUSE PETITIONERS APPEAL TO CRIMINAL COURT OF APPEALS AND STATE SUPREME COURT AFFIRMING SUFFICING TO APPRISE THOSE COURTS OF FEDERAL CONSTITUTIONAL DIMENSIONS."

(c) Explain why the remedy under 28 U.S.C. § 2255 is inadequate or ineffective to challenge your conviction or sentence: IT'S A STATE CASE/ISSUE FIRST OF ALL — AND I AM CHALLENGING THE IMPLEMENTATION (BEGINS DATE) AND SENTENCE SERVICE CALCULATIONS O-N-L-Y IN THIS 28 USC § 2241, I.E.: THE STEPHENS Co # 1992-CR-209 JUDGMENT AND SENTENCE (EXHIBIT D1) PLAINLY ENDED UP (AFTER VACATION OF USDC/D. Co # 93-CR-50 SENTENCE) STATING TWO DIFFERENT "CS" SENTENCE BEGINS DATES "COMMON SENSE AND FUNDAMENTAL FAIRNESS REQUIRES THAT THE EARLIEST (5/31/2004) BEGINS DATE MUST CONTROL THE OKLAHOMA SENTENCE BEGINS DATE."

11. ~~Appeals of immigration proceedings~~

Does this case concern immigration proceedings?  FLOYD V OKLAHOMA, 540 P.2d 1195 (QUOTING TUCKER, 357 F.2d 115; SEE ALSO FOSTER, 296F.3d947 (10TH Cir. 2003) CONTROLLING).

☐ ~~Yes~~   ☒ ~~No~~

If "Yes," provide:

(a) Date you were taken into immigration custody: N/A
(b) Date of the removal or reinstatement order: "
(c) Did you file an appeal with the Board of Immigration Appeals?
  ☐ ~~Yes~~   ☒ No
  If "Yes," provide:
  (1) Date of filing: N/A
  (2) Case number: "
  (3) Result: "
  (4) Date of result: "
  (5) Issues raised:

(d) Did you appeal the decision to the United States Court of Appeals?
  ☐ ~~Yes~~   ☒ No
  If "Yes," provide:
  (1) Name of court: N/A
  (2) Date of filing: "
  (3) Case number: "

(4) Result: N/A  One Quick Thing As To Exhaustion Of State Remedies - Every-
(5) Date of result: "  thing Filed In State Courts On This HC States Repeatedly "Federal &
(6) Issues raised: "  "U.S." Noticing All Okla State Courts Of The Federal Constitutional
Ramifications At Hand In This Case & Matter ← Additionally, Re: Same → Petitioner Respectfully Points To
And Again Notices - As Will Lower (State) Court Ruling Of Both HAINES 404 U.S. 519 - And Particularly Of
SAFFLE (HAMMON V. SAFFLE)(OKLAHOMA SPECIFIC CASE) 348 F.3d 1250 :  Over-Arching Federal Rule -

"Pro Se Litigant Filing Must Be Held To Less Stringent Standards Than Formal Papers Filed By Attorneys_
And Must Be Liberally Construed." HAINES, id. (Per Curiam) • HAMMON id. & MORA 293 F.3d 1213 (10th Cir.)

12. Other appeals | Moreover Okla App Ct. & Okla S.Ct. - Dismissed Erroneously w/ Motions To Amend Pending.
  (THAT'S ON THEM → NOT ME ).
Other than the appeals you listed above, have you filed any other petition, application, or motion about the issues raised in this petition?
☐ Yes    ☒ No

If "Yes," provide:
(a) Kind of petition, motion, or application:  N/A  As To Exhaustion Of State Remedies Please Note:
(b) Name of the authority, agency, or court:  "  That I Did Also File w/ The Okla. Pardon And
                                              Parole Board (OPPB) A Formal Request To Set
(c) Date of filing:  "  The Obviously Correct Okla "CS" Sentence Begins
(d) Docket number, case number, or opinion number:  "  Date To 5/31/2004 ← The "Full Term Sentence
(e) Result:  "  Expiration Date" Of Vacated USDC/D.Colo #93-CR-50
(f) Date of result:  "  (See Exhibits Petitioner's 03 & 04) → Front The Now
(g) Issues raised:  "  10/18/19 - Okla Stephens Co # 92 CR-209 Begins Date

IE: As It Ended Up The Okla J & S Has T-W-O Sentence Begins. One On Page 01 (Exhibit 01)" From The
Delivery Of Defendant To Warden At Lexington, Oklahoma " - And On Page 02 (Exhibit 01-B) "CRF 92-209
To Be Served Consecutively To Federal Sentence." ← By So Stating Sentencing Judge Shows
His Specific Awareness Custard Serving "A Federal Sentence". - Plainly And Clearly Okla's Own Case
Law Floyd 540 P.2d 1195 (Quoting Tucker, 357 F.2d 115) @ Pg 1197:  " Involves Only An Adjustment Of
Records ... Common Sense And Fundamental Fairness Require Time Credits That Was Served On Invalid
Sentence - Especially When An Appropriate Remedy Is So Readily Available." See Also Foster 296 F.3d 947
(10th Cir. 2004)

Grounds for Your Challenge in This Petition

13. State every ground (reason) that supports your claim that you are being held in violation of the Constitution, laws, or treaties of the United States. Attach additional pages if you have more than four grounds. State the facts supporting each ground.

GROUND ONE:  Plain Error Of Stephens County District Court Oklahoma Judge Who - As It Turned
Out - Outrageously In Conflict - Set T-W-O "CS Sentence Begins" Dates ! (Exhibit 1-A, B)
- In Addition (To All Above Stated State Remedies) I Also Filed A Motion To Modify w/ Stephens
County State Court - (June, 2018) - Which Was Refused To Be Considered "Because, A. Did Not File An Answer."
- All Of Which Has Contributed To This Case Of "Likely" First Impression In This Court!

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:
NO STATE JUDGE HAS THE "RIGHT" — NOR LAWFUL AUTHORITY TO MERELY DISREGARD IT'S OWN STATE COURT HOLDINGS, NOR FROZEN DOCTRINE AND CASE LAW — INDEED! THE PAYNE COUNTY OKLA. DIST. COURT JUDGE WROTE (AND SIGNED) IN HIS ORDER DENYING (STATE EXHAUSTION) HABEAS: "IF THIS WERE NOT A FEDERAL SENTENCE (VACATED) USDC/D.COL #93.CR.50 BUT AN OKLAHOMA SENTENCE, PETITIONER WOULD BE RIGHT! AND ENTITLED TO IMMEDIATE RELEASE"! — OKLAHOMA - VIA ITS JUDICIARY IS ATTEMPTING TO VACATE THE U.S. CONSTITUTION AND RIGHTS & GUARANTEES BY EXPANDING "STATE SOVEREIGNTY" BEYOND REASON! EG: BARRIS, 432 P.3d 233! OKLA IS 'FEDERALISM-ATTACKING' IN THIS CASE

(b) Did you present Ground One in all appeals that were available to you? YES (AND CURRENTLY OTHERS W/ PRISON)
☑ Yes     ☐ No       — SEE ALSO ATTACHED PAGES AS TO GROUND ONE —

GROUND TWO: VIOLATIONS OF U.S. CONST. 5th AMENDMENT (a) MULTIPLE PUNISHMENTS / DOUBLE JEOPARDY AND (b) W/O DUE PROCESS OF LAW. — (i) STEPHENS CO SENTENCING JUDGE VIA CONFLICTED "TEST" CURRENT STEPHENS CO JUDGE FOR DENYING JUNE 2018 MOTION FOR JUDICIAL REVIEW W/O DUE PROCESS (REFUSED TO ADDRESS IT) "BECAUSE D.A. DID (ii) DID NOT ANSWER IT AND (iii) RESPONDENTS ON MULTIPLE PUNISHMENTS REFUSING TO CORRECTLY COMPUTE C'S OKLA SENTENCE

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:
WITH THE 13.5 YEARS ALREADY SERVED ON IT — AFTER INVALIDATING PRIOR SENTENCE; OKLA DOC RECORDS STAFF-SIGNED; (V) STATE OF OKLAHOMA / EMPLOYEES & LEGISLATORS — MAKING A MOCKERY OF BOTH OKLA AND U.S. CONSTITUTIONS — FEIGNING "STATE SOVEREIGNTY" TO DENY MY GUARANTEED CONST. RIGHTS NOT TO BE SUBJECTED TO MULTIPLE PUNISHMENTS AND W/O DUE PROCESS OF LAW.
→ SEE ALSO "GROUNDS" AND "SUPPORTING FACTS" ON PAGES 8-8(d) ←

(b) Did you present Ground Two in all appeals that were available to you?
☑ Yes     ☐ No

GROUND THREE: VIOLATIONS OF (a) 8TH AMENDMENT / CRUEL & UNUSUAL PUNISHMENTS & (b) 9TH AMEND. FIRST, IF THERE IS A-N-Y-O-N-E WHO THINKS THEY CAN REASONABLY ARGUE THAT SERVING 27 YEARS ON A PRISON SENTENCE TO GET 13.5 YEARS CREDIT IS 'NOT' CRUEL & UNUSUAL PUNISHMENT THEN THE WHOLE WORLD'S GONE INSANE SO PUT ME IN AN INSANE ASYLUM INSTEAD OF PRISON — AND IF "C.S." NOW

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:
MEANS (IN OKLAHOMA (AND FEDERAL) COURT) THIRTEEN AND-A-HALF YEARS (161 MONTHS) LATER! I HAVE BEEN IN PRISON FOR 27 - STRAIGHT YEARS NOW — SO I AM NOT EVEN ARGUING ABOUT SMALL TIME CREDIT I COULD BE ARGUING FOR — BUT 13½ YEARS IS ALOT OF TIME IN PRISON ANYWHERE ON EARTH!

SECONDLY - AS TO U.S. CONST. IX AMEN. — RARE THOUGH IT MAY BE — RESPONDENTS ALL 'ENUMERATED' U.S. CONSTITUTION TO DENY AND DISPARAGE "[ME]" "OTHERS RETAINED BY THE PEOPLE" — I AM AN OKLAHOMA CITIZEN NO MATTER WHAT STATE 'I'M 'IN' — AND I AM A U.S. CITIZEN ALSO NO MATTER WHAT STATE I AM IN (EVEN OKLAHOMA).

(b) Did you present Ground Three in all appeals that were available to you?
☑ Yes     ☐ No
→ PLEASE SEE ALSO "GROUNDS / SUPPORTING FACTS" @ PAGES 8-8(d) ←

Page 8 of 10

—8—

Custard v Allbaugh / Habeas Corpus-2241 / USDC — WDOK /

13. **Ground One** (Cont) (Supporting Facts (Cont))

(a)(i) Reviewers Please Note — I need to make this point as clear as possible, as-soon as possible: It is NOT the Sentence, Per Se, Under Attack Here (I would if I could! As 30-Years (Thirty) For Possession of < $10,000.00 Property! (Now Since Nov. 01, 2018 — 4 (Four) Years Maximum in Oklahoma) Is Wildly Unjust and Outrageous! But Such Is' Okla After Former Conviction of a Felony (AFCF) Sentencing That Has Led Okla To Be #01! — In Re-Incarceration of Its Citizens Per Capita) — But That Is A Fight For Someone Else - On Some Other Day.

That Is — I Attack / Challenge O-N-L-Y The Calculation of The Okla Sentence Begins Date — Which I Irrefutably "CS" To Federal Sentence — Stephens Co. 92-CR-209-J&S (Exhibit 01-B) Is, Again, Irrefutably "Full Term Expiration Date" Is "5/31/2004" (Exhibit 04) In USDC / D.Colo # 93-CR-50 (Exhibit 02).

(a)(ii) Oklahoma DOC However - Abusing Discretion Right Along w/ Stephens County Judge! Goes By The Ridiculous "Upon Delivery To The Warden of Lexington" Sentence Begins Date of 10/18/17! — That-Reviewers Is A V-E-R-Y Significant Difference In Time Served On A "CS" Sentence of 13-Years and 5-Months (161-Months Served On Vacated Sentence That Okla DOC — In Business of Prisoners — Is Attempting To Cheat Me Out Of!) — Making This Case And Matter A V-E-R-Y Significant Case And Matter To Not Just Me But All Who Read It.

(a)(iii) Before Okla State Respondents Even Begin, At This Level, To Spit Out Of Their Mouths: "Oh No! He [Custard] Is Going To Want 'Banked-Time' To Commit Future Crimes With Impunity!"... — That's BS — Firstly, I Am Not Seeking 'Banked-Time' Relief, And Secondly I Am Nearly 70 Years Old-Now Hence It Is Not Likely I Could Even Live Another 13-Years & 5-Months (161-Months) To Somehow 'Repuke' That 161 Months I Already Served "CS" To The Federal Sentence — As The Stephens County Okla. Judge Proves He Had In Mind! (Exhibit 01-B. Infra) When He Said It In The Judgment and Sentence: Surely Not Likely To Be Doing Any Other Crimes At My Age!

— Note: I Am Not Asking For (A) That Time Served After Sentence Vacated (Exhibit 02) Until Actually Resentenced; Nor (B) No Federal Good-Time (Years) Earned On That Vacated Sentence (Exhibits 03 & 04) Nor (C) Time Spent Re-Incarcerated In Stephens County Jail Going To Trial - And - Awaiting Sentencing - And Awaiting Transport Back To USP-Leavenworth - (All Of Which Arguably, I Could Seek →) — All I'm Asking For (As Relief) Is - If There Is Such A Thing As The Difference Between What's Right & What's Wrong — In Oklahoma Take 2-Minutes To Re-Compute The 13 & Years Already Served Before Vacated = Immediate Release Me.

—8(A)—

CUSTARD V. ALLBAUGH / USDC - WDOK / HABEAS CORPUS - 2241

13. GROUND ONE / SUPPORTING FACTS (CON'T) This Case & Matter Is Demonstrative Of How The State Of Oklahoma, Currently, Is And Has Been For Few Years Pushing The Envelope Of Sanity As To A U.S. States Sovereignty (See Also Okla. Stat. Title 51 §151, Et Seq.) EG: Oscillating Okla State Sovereignty To Yank Okla. Prisoners Out From Under The U.S. Constitutions Guaranteed Protections. — Joseph Allbaugh Himself, In An Open Letter To Daily Oklahoman States "Oklahoma Prisons In Such Bad Physical Conditions — Oklahoma Lucky Not To Have Had Oklahoma Prison Riots - Yet!" So What Does Okla Legislature Do? Amend Okla. Gov. Tort Claim Act, id, Using "State Sovereignty" To Undercut Oklahoma Prisoners From The Okla Constitution — No Suing Okla. For Roofs Leaking For Years Into Your Bunk — And No Lighting In Prisons In Okla For Weeks At A Time - Giving "The Oklahoma Finger" To The U.S. Constitution, To Federalism ← Except When Fed $ Coming In ! — Really No Different Here — Oklahoma Officials Stating Out Of One Side Of Their Mouths: "Oh We Gotta Reduce Prison Population" " " " " Out Of The Other Side Of Their Mouths - To Me In This Case & Matter = "Here's A Finger For You Too Custard - Just Like We Gave The U.S. Constitution And The Feds - We Don't Have To Honor Federal Precedent, Doctrine Nor Laws, Nor Federal Employees - So We Don't - And We Won't Until Made To. In My Case - This Habeas Oklahoma Refuses To Follow Even Its Own Legal Doctrine & Precedents Nor 10th Cir Law." Under Oklahoma Precedent, Where A Prisoner Serving Consecutive SENTENCES On Several Convictions Succeeds In Having One Of The Sentences Invalidated - After It Has Been Fully Or Partially Served, The State MUST Credit The Sentences Remaining With The Time Served Under The Voided SENTENCE — All That Is Involved Is An Adjustment Of The Administrative Records Of Oklahoma Prison Authorities" FOSTER 296 F.3d 947 (10th Cir 2004) ← Year My Vacated Sentence' Full Expiration Term 5/31/2004 'Its. Furthermore All The U.S. Circuits Are Settled On This - As Well As Oklahoma's Own Controlling Case Law. "Floyd V Oklahoma, 540 P.2d 1195 - Quoting 4th Cir. Tucker V Peyton 357 F.2d 115 A Secold Distinct Situation Is Presented When A Prisoner Is Serving CS Sentences And Has One Serving Overturned... There Is No Question Of Multiple Punishments For Same Offense. The State MUST Credit The Remaining CS Sentence With The Time Served Under The Voided SENTENCE. — We Emphasized That All That Was Required Was Adjusting Prison Records To Commence The Next CS Sentence To That Earlier Date.

Common Sense And Fundamental Fairness Require That Under Such Circumstances No State Should Ignore The Period Of Imprisonment Under The Invalidated Sentence When The Appropriate Remedy Is So Readily Available. This ↑ From Oklahoma's Own Precedential And Controlling Case Law Okla State Prison Authorities Now Decide Is Best Avoided By "The Smoke & Mirrors Of Oklahoma State Sovereignty" — They (Many Okla Prison Authorities) Have Told Me: "The Feds — The Western District Of Oklahoma — The U.S. Supreme Court Won't Make 'Us' 'Do' 'Anything'" And Spit When They Say "Federalism". I'm Serious.

— 8(b) —

Custard v Allbaugh / USDC-WDOK / Habeas Corpus-2241

Grounds / Supporting Facts (Con't)

The Over-Arching "Federal Question" that all the facts & circumstances giving rise in this case & matter point to -And- return to perhaps could be posited as:

"Is the State of Oklahoma -And- the Federal Government, and the Federal Dept. of Justice — Sooooooo Divorced, And the Bonafide American Doctrine of Federalism to be So Scoffed At By the Oklahoma Government and the Okla. Dept of Justice — That Oklahoma State — Merely Feigning (at what should be Reasonably Viewed as Ludicrous) "State Sovereignty" Policy" that Oklahoma State Can Be Allowed — Untested and Unsupervised to Be Monstrously Indifferent to the 13½·Years (16+ Months) that this Petitioner DID ~~Have~~ Over-Serve On A Later Invalidated Sentence?

—Or—

Is This Old Fellow (Custard) U.S. Constitutionally Entitled To:

"All That Is Involved Is An Adjustment Of The Prison Authorities Administrative Records So The ~~Service~~ Of His C.S. Sentence Commences At The Earlier Date."

—Or Even— "Does "Consecutive" Mean "Consecutive"? —Or Does Consecutive Mean: "Whenever Someone's Body" Is Delivered To Lexington, Okla.?

Irrefutably — This Archaic Form Of Sentencing (I.E: Does A Sentence Pertain To Time? Or A Body?) Double-Sentencing -And- Exceedingly Conflicting Sentencing As It Turns Out — In This Case & Matter Resulted In Plain Error By The Stephens County Judge — And Abuse Of Discretion By Okla. Pardon Parole Authorities, By Oklahoma DOC Authorities — As Well As Due Process Of Law -And- Multiple Punishment For The Same Offense (5TH) W/o Due Process Of Law (5TH) — And Violations Of U.S. Const. Amendments IX ~~XXXXX~~ -And- XIV §01. "Enumerating To Disparage" & "State Citizens (I, Born In Guthrie, Okla.) Are Protected By U.S. Constitution (Respectively).

—8(c)—

Custard v. Allbaugh / USDC — WDOK / Habeas Corpus - §2241

Grounds / Supporting Facts (Cont)

To Be Clear — Plainly The Way The Lower (State Of Oklahoma) Court Judges And Their Defender Lawyers (And Okla. Legislature ! For That Matter Has Abused Authority) → In Their Responses To Habeas Corpus At State Levels Presented In This Case (And Generally, Respectively) Have Raised Rarely If Its: Violated U.S. Const. Amend. IX: "[By] Enumerating Of The (U.S. And Okla) Constitution Of Certain Rights ... Construed To Deny And Disparage Others Retained [Me] By" The State Oklahoma. — I Am An Oklahoma Citizen — Born In Guthrie — No Matter 'Where' My "Body" May Be At Any Particular Time!

"Crime Is Contagious. If The Government Authorities Become The Lawbreakers, It Breeds Contempt For The Law And Invites Every ~~Arrested~~ Person To Become A Law Unto Themselves."
→ Louis Brandeis, Olmstead v. United States, 277 U.S. 438 (1928)

And That Has Not Changed In 90 Years — → He Also Stated:

"The Duty Of The Courts Is To Try The Case; Not The Man, And A Very Bad Man May Have A Very Righteous Case!"

I Remembered The Above — When Recalling How The Payne County, Okla. Dist. Court Judge (In #CJ-2018-458) In His 01/17/19 Denial Of My State Habeas Corpus In This Case Thought It 'Civil' And 'Courtly' To Label Me "A Multi-Jurisdictional Criminal" In That Order. Whatever — 'Bad' Man' Or Not I Have "A Very Righteous Case" Right Here (As The Ever Observant & Astute U.S. Ct. Justice Brandeis Urged All Judges — Almost 100 Yrs Ago, To BOLO (Be On The lookout) For — Vigilantly ... And Up To His Elbows In This Case For ½ Dozen Judicial Reasons. — The Facts And Circumstances Giving Rise To The Heart Of This Case & Matter And Presidential Value (Reasonable Federalism Doctrine, Etc.) Makes It Well Worth Getting Into To Decide

Please Note: So As Not To Be Repetitive, Nor Belabor The Court Or Other Reviewers Petitioner Respectfully Hereby Incorporates Now And Applies All The Above Supporting Facts — By This Reference — To All Of The Grounds Set Forth In This Petition For Writ Of Habeas Corpus.

— 8(d) —

**GROUND FOUR:** ABUSE OF DISCRETION — FROM (a) SENTENCING COURT JUDGE TO (b) CURRENT STEPHENS Co JUDGE (ONE ARCHAIC CONFLICTING J&S' SENTENCE BEGINS DATES) (OTHER FOR REFUSING TO ADDRESS MO. FOR OKLA JUDICIAL REVIEW "BECAUSE D.A. DID NOT RESPOND TO THE MOTION)!?

(a) Supporting facts (Be brief. Do not cite cases or law.): ALSO (c) ALL RESPONDENTS & (d) OKLA DOC & (e) OKLA P&P BOARD — ALL REFUSING TO CORRECTLY CALCULATE CUSTARD'S CS SENTENCE IN LIGHT OF OVERWHELMING CONTROLLING CASELAW — AND ESPECIALLY IN LIGHT OF THE FEDERALISM BONEFIDE=AMALGAMED LEGAL DOCTRINE. — IF A STATE LIKE OKLAHOMA IS JUST ALLOWED TO 'RUN WILD' W/O CONSISTENT BRIDLING — ONE GETS WHAT OKLAHOMA HAS GOTTEN: W/ ITS PURPORTED UNBRIDLED OUT OF ANY REASONABLE CONTROL — OKLA PRISON SYSTEM, #01 U.S. STATE INCARCERATOR W/ LEGISLATORS & DOC DIRECTORS OPENLY IMPUDENT TOWARD NOT 'JUST' ITS OWN CONSTITUTION?

(b) Did you present Ground Four in all appeals that were available to you? |BUT THE U.S. CONSTITUTION BY DESIGN.
☒ Yes   ☐ No
→ BUT SEE ALSO PAGES 8-8(d) ATTACHED HERETO PLEASE ←

14. If there are any grounds that you did not present in all appeals that were available to you, explain why you did not: LOOK BECAUSE I SUED AN OKLAHOMA PRISON WARDEN @ GRANITE'S PRISON (HOMINY) FOR LEAVING ME IN A PRISON CELL THERE W/O A-N-Y LIGHTS FOR WEEKS THEY (SEE BOOK #06) CUSTARD V. HARDING) SENT ME TO CIMARRON - 100 PRISON GANGS PRIVATE - FOR PROFITEERING CORE-CIVIC PRISON - AND PUT ME IN 'PHASE 5' INTRUSIVE SECURITY UNIT (HOLE) FOR YEARS NOW - NO LAW LIBRARY (NO PHOTOCOPYING, NO RESEARCH, NO PAPER NO PEN THIS 25¢ INK PEN COST ME $10 (BOOTLEG) I HAD EQUITABLE TOLLING WORTHY DIFFICULTIES (NO LEGAL PROPERTY FOR MONTHS ETC) PRESENTING & PREPARING ALL COURT FILINGS THROUGHOUT THIS CASE AND MATTER.

Request for Relief

15. State exactly what you want the court to do: ORDER RESPONDENTS TO CORRECTLY CALIBRATE MY "CS" OKLAHOMA SENTENCE NOW [OVER] STAYING TO THE IRREFUTABLE SENTENCE FULL TERM EXPIRATION DATE - 5/31/2007" (ACCORD; EXHIBIT 04) OF THE INVALIDATED PRIOR SENTENCE (ACCORD EXHIBIT 05) — WHICH W/ THE LOWEST EARNED GOOD TIME LEVEL WILL RESULT IN IMMEDIATE RELEASE FROM OKLAHOMA CUSTODY.

## Declaration Under Penalty Of Perjury

If you are incarcerated, on what date did you place this petition in the prison mail system:

MAY 31, 2019

I declare under penalty of perjury that I am the petitioner, I have read this petition or had it read to me, and the information in this petition is true and correct. I understand that a false statement of a material fact may serve as the basis for prosecution for perjury.

Date: 5/31/19

RS/  
*Signature of Petitioner*

PRO SE  
*Signature of Attorney or other authorized person, if any*

ROBERT ALLEN CUSTARD  
OKLDOC P.D. # 194351  
3200 South Kings Hwy  
Cushing, OK. 74023

Page 10 of 10

—10—

CAUSE: Custard v Allbaugh / USDC — WDOK

JURISDICTION: Habeas Corpus    DOCKET/CASE # _____

# CERTIFICATE OF SERVICE

I, THE UNDERSIGNED, HEREBY CERTIFY THAT TRUE AND CORRECT COPIES OF THE FOREGOING:

Petitioners' Petition For Writ Of Habeas Corpus

— And —

Petitioners' Exhibits 01 — O

WERE SENT BY MYSELF VIA FIRST CLASS U.S. MAILS FIRST CLASS POSTAGE ATTACHED TO:

NAME: (1) Joseph Allbaugh           Mike Hunter
TITLE: Director OklaDOC — Via       Okla A.G.
ADDRESS: Gary Elliot/Ass Gen Coun. OklaDOC   313 NE 21st
         3400. MLK. Ave              OKC, OK
         OKC, OK       73111         73105

BY PRESENTING SAME, HAND TO HAND, TO A ~~USP MARION, IL~~ CoreCivic-Cimarron Private Proprietary ~~ADX Florence, Colorado~~ PRISON SECURITY GUARD (THERE IS NO PRISONERS MAILBOX; LET ALONE PRISONERS LEGAL MAILBOX AT ~~USP MARION~~ AUTHORIZED TO, AND TASKED WITH, THE HANDLING OF PRISONERS U.S. MAILS. ~~ADX Florence~~ Cimarron Phases ISU-CeceBlock

THIS 31st DAY OF May, 2019.    /S/ [signature]

Robert A. Custard
Petitioner, Pro Se