## IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF OKLAHOMA

ROBERT ALLEN CUSTARD,       )
                                       )
        Petitioner,          )
                                       )
v.                               )     Case No. CIV-19-540-C
                                     )
JOSEPH ALLBAUGH,         )
                                     )
        Respondent.      )

## ORDER TO CURE DEFICIENCY

The Court received Petitioner's habeas petition; however, the following deficiency exists:

☒ In forma pauperis motion has not been submitted for filing and/or Petitioner has not paid the $5 filing fee.

☐ In forma pauperis motion is missing an original signature by the petitioner.

☐ In forma pauperis motion is not on the proper form.

☐ In forma pauperis motion is missing financial information including a certified copy of the trust fund account statement (or institutional equivalent) and/or signature of authorized officer of penal institution.

IT IS THEREFORE ORDERED that Petitioner shall cure the deficiency designated above no later than July 5, 2019. Failure to comply with this Order may result in the dismissal of this action. The Clerk of the Court is directed to send to Petitioner any forms necessary for compliance with this Order.

IT IS SO ORDERED this 14th day of June, 2019.

_____

BERNARD M. JONES
UNITED STATES MAGISTRATE JUDGE